IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:05CV496

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIRECTV, INC., a California corporation; | ) |
| THE DIRECTV GROUP, INC., a Delaware | ) |
| corporation, and NATIONAL RURAL | ) |
| TELECOMMUNICATIONS | ) |
| COOPERATIVE, a District of | ) |
| Columbia cooperative association, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER GRANTING DIRECTV, INC. AND THE DIRECTV GROUP, INC.'S MOTION TO ADMIT COUNSEL PRO HAC VICE

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendants DIRECTV, INC. and The DIRECTV Group, Inc.'s Motion to Admit Counsel *Pro Hac Vice* is GRANTED and it is therefore ORDERED that Steven J. Rizzi and Paul E. Torchia from the firm of Weil, Gotshal & Manges, LLP, be admitted to practice in this Court *Pro Hac Vice* for the limited purpose of representing Defendants DIRECTV, INC. and The DIRECTV Group, Inc. in the captioned case. Steven J. Rizzi and Paul E. Torchia shall remit to the Clerk of this Court the required special admission fee of $100 within 10 days of entry of this Order, if such fee has not already been paid.

Signed: January 31, 2006

David C. Keesler
United States Magistrate Judge