IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:05CV496

| | |
|---|---|
| BARRY W. THOMAS, | |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT NATIONAL RURAL TELECOMMUNICATIONS COOPERATIVE'S MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| DIRECTV, INC., a California corporation; THE DIRECTV GROUP, INC., a Delaware corporation, and NATIONAL RURAL TELECOMMUNICATIONS COOPERATIVE, a District of Columbia cooperative association, | |
| Defendants. | |

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendant National Rural Telecommunications Cooperative's Motion to Admit Counsel *Pro Hac Vice* is GRANTED and it is therefore ORDERED that Jeffrey J. Lokey, from the firm of Manatt, Phelps & Phillips, LLP, be admitted to practice in this Court *Pro Hac Vice* for the limited purpose of representing Defendant National Rural Telecommunications Cooperative in the captioned case. Jeffrey J. Lokey shall remit to the Clerk of this Court the required special admission fee of $100 within 10 days of entry of this Order, if such fee has not already been paid.

Signed: June 1, 2006

David C. Keesler
United States Magistrate Judge