UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV496

| BARRY W. THOMAS, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| DIRECTV, INC. et al., | ) | |
| Defendants. | ) | |

Upon joint motion of Plaintiff Barry W. Thomas and Defendant National Rural Telecommunications Cooperative for an order of dismissal pursuant to a confidential settlement agreement, it is **HEREBY ORDERED** that Plaintiff Barry W. Thomas's claims against NRTC and the counterclaims of NRTC against Barry W. Thomas are **DISMISSED** with prejudice.

Each party shall bear his or its own costs and attorneys' fees attributable to the prosecution and defense of the dismissed claims.

Signed: January 24, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1